UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYREE YOUNG | CIVIL ACTION |
| VERSUS | NO: 11-1630 |
| STEVE RADER, WARDEN | SECTION: R |

**JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that Tyree Young's petition for a writ of habeas corpus is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this ___9th___ day of April, 2012.

*Sarah Vance*

SARAH S. VANCE

UNITED STATES DISTRICT JUDGE